1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

9

10  HUGO AGUILAR, individually and
11  on behalf of all others similarly
    situated,
12
13                          Plaintiff,
14  v.
15  GATESTONE & Co.,
    INTERNATIONAL, INC., a New
16  Jersey LLC.
17
                            Defendant.
18

**Case No.: 3:17-cv-1138-JAH-NLS**

**ORDER GRANTING JOINT
MOTION FOR DISMISSAL OF
ACTION WITH PREJUDICE AS TO
THE NAMED PLAINTIFF AND
WITHOUT PREJUDICE AS TO THE
PUTATIVE CLASS**

19
20      Based upon the Joint Motion for Dismissal, and good cause appearing, **IT**
21  **IS HEREBY ORDERED** that this action is dismissed with prejudice as to the
22  named Plaintiff HUGO AGUILAR, and without prejudice as to the Putative Class.
23      **IT IS SO ORDERED**.
24
25  Dated: October 3, 2017
26                                          HON. JOHN A. HOUSTON
                                            UNITED STATES DISTRICT JUDGE
27
28

1